UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        *Plaintiff,*

     *vs.*                    Case No. 23-mj-122-MAU

CALEB KENNETH FULLER,

        *Defendant.*

## NOTICE OF APPEARANCE OF PETER R. MOYERS
## AS DEFENSE COUNSEL FOR CALEB FULLER

TO:  Cytheria Jernigan
       U.S. ATTORNEY'S OFFICE
       300 Fannin Street Suite 3201
       Shreveport, LA 71101
       318-676-3611
       Fax: 318-676-3663
       Email: cytheria.jernigan@usdoj.gov

Please take notice that the undersigned attorney hereby enters his

appearance as counsel for the defendant, CALEB KENNTH FULLER, in the

above-referenced matter.

Dated at Madison, Wisconsin, this July 3, 2023.

Respectfully submitted,

*Peter R. Moyers*

Peter R. Moyers
Counsel for Mr. Fuller

THE MOYERS LAW FIRM, LLC
601 Sawyer Terrace
#5041
Madison, Wisconsin 53705
Tel: 608-286-8399
peter@moyerslawfirm.com